IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

JULIAN AGUIRRE-SOLIS,

  Defendant.

CRIMINAL FILE NO.
1:01-CR-824-5-TWT

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 273] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 263] as untimely. The Defendant filed his pro se Motion to Vacate Sentence 11 years after his conviction was final. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 263] is DENIED.

SO ORDERED, this 14 day of December, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge